Filed 05/12/09   Case 09-91356   Doc 3

2009-91356
FILED
May 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001826739

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                                            )
   **Kimberly Welch**                    )
                                                )
                                                )     Case No.
                                                )
                                                )
                   Debtor(s).            )

### VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]    on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ]    typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

### OR

[ X ]    electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __17__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    May 12, 2009                         /s/ Kimberly Welch
                                                                  Debtor's Signature

Kimberly Welch

American Express
Box 0001
Los Angeles, CA 90096

Bank Of America
PO Box 15102
Wilmington, DE 19886-5102

Citibank
PO Box 6418
The Lakes, NV 88901

CitiMortgage
PO BOX 6006
The Lakes, NV 88901-6006

Citizens Automobile Finance
PO Box 42002
Providence, RI 02940-2113

Discover
PO Box 30395
Salt Lake City, UT 84130

JC Penneys
PO Box 960090
Orlando, FL 32896

Kohls
PO Box 30510
Los Angeles, CA 90030

Macys
PO Box 6938
The Lakes, NV 88901

Mervyns
PO Box 960013
Orlando, FL 32896

Retail Services - Best Buy
PO Box 60148
City of Industry, CA 91716

Saxon Mortgage
PO BOX 961105
Ft Worth, TX 76161-0105

Sears
PO Box 688957
Des Moines, IA 50368

```
Vengroff, Williams & Assoc., Inc.
PO Box 4155
Sarasota, FL 34230-4155

Victoria's Secret
PO Box 659728
San Antonio, TX 78265

Viking Products
PO Box 4155
Sarasota, FL 34230

Wells Fargo
PO Box 30086
Los Angeles, CA 90030
```