FILED
November 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002194357

# RELIEF FROM STAY INFORMATION SHEET
\* \* \* \* SEE IMPORTANT INSTRUCTIONS ON REVERSE \* \* \* \*
PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION

**DEBTOR:** Kimberly Welch            **CASE NO.** 09-91356

**MOVANT:** FV-1 in trust for Morgan Stanley Mortgage Capital Holdings LLC    **DC NO.** WGM-1

**HEARING DATE/TIME:** November 16, 2009 at 2:00 pm

**RELIEF IS SOUGHT AS TO** ( X ) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action    5016 Tamara Way, Salida, CA 95368

2. Movant's trust deed is a  ( X ) 1st  ( ) 2nd  ( ) 3rd  ( ) Other: _____

   OR

   Leased property is ( ) Residential  ( ) Non-residential   Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____    Movant's valuation of property   $ 150,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 285,863.57 | $ 3,286.94 | $ 145.80 | $ 289,296.31 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   CitiMortgage (second trust deed)              $ 39,545.26
   _____               $ _____
   _____               $ _____

                                  TOTAL ALL LIENS   $ 328,841.57
                                  DEBTOR'S EQUITY   $ -178,841.57

**FOR COURT USE ONLY**
Note date: _____
Note amount: _____

**FOR COURT USE ONLY**

6. Monthly payment $1,761.12  of which $0.00  is for impound account. Monthly late charge is $0.00
7. The last payment by Debtor was received on  October 1, 2009  and was applied to the payment due  August 1, 2009
8. Number of payments past due and amount  (a) Pre-petition  0   $ 0.00   (b) Post-petition  2   $ 3,521.61
9. Notice of default was recorded on  Not Applicable  .  Notice of sale was published on  Not Applicable
10. Grounds for seeking relief (check as applicable):
    ( X ) Cause      ( ) Inadequate Protection      ( ) Lack of equity      ( ) Lack of insurance      ( ) Bad faith
    ( ) Other  _____
11. For each ground checked above furnish a brief supporting statement in the space below.

Failure to make post-petition payments-362(d)(a).

EDC 3-468 (Rev. 1/9/03) - Page 1